BDB:SSD

# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| THE WILLIAMSPORT HOSPITAL d/b/a WILLIAMSPORT REGIONAL MEDICAL CENTER | Civ. No. 4:17-cv-00393 |
| | (Brann, J.) |
| Plaintiff, | |
| v. | |
| THOMAS E. PRICE, M.D., ET. AL., | |
| Defendants. | Filed Electronically |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Thomas E. Price, M.D., United States Department of Health and Human Services, Seema Verma, Centers for Medicare & Medicaid Services, Robert G. Eaton, and the Medicare Geographic Classification Review Board hereby move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

Judgment on the pleadings is warranted, *inter alia*, because judicial review of the decisions of the Medicare Geographic Classification Review Board and/or the Secretary of Department of Health and Human Services on hospitals' applications for geographic reclassification is barred by 42 U.S.C. § 1395ww(d)(10)(C)(iii)(II),

and the Court accordingly lacks subject matter jurisdiction over this action.

Undersigned counsel certifies that pursuant to M.D. Pa. L.R. 7.1, he sought concurrence from Plaintiff's counsel regarding Defendants' Motion, and that Plaintiff does not concur in this motion. A brief in support of this Motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

WHEREFORE, the Defendants respectfully request that the Court grant their motion for judgment on the pleadings and dismiss the Defendants from this action with prejudice.

Respectfully submitted,

BRUCE D. BRANDLER
United States Attorney

Date: July 6, 2017

s/ Samuel S. Dalke
SAMUEL S. DALKE
Assistant U.S. Attorney
PA Bar No. 311803
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108-1754
Tel: (717) 221-4482
Fax: (717) 221-4493
samuel.s.dalke@usdoj.gov

OF COUNSEL:
JEFFREY DAVIS, Acting General Counsel
JANICE L. HOFFMAN, Associate General Counsel
SUSAN MAXSON LYONS, Deputy Associate General Counsel for Litigation
ANNA T. GREENE, Attorney
U.S. Department of Health and Human Services

Office of the General Counsel/CMS Division
330 Independence Ave., S.W., Rm. 5309
Washington, DC 20201
Tel: (202) 260-1874
Fax: (202) 401-1405

BDB:SSD

# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSLYVANIA

| | | |
|---|---|---|
| THE WILLIAMSPORT HOSPITAL d/b/a WILLIAMSPORT REGIONAL MEDICAL CENTER | ) ) ) ) ) ) | Civ. No. 4:17-cv-00393 |
| Plaintiff, | ) ) ) | (Brann, J.) |
| v. | ) ) | |
| THOMAS E. PRICE, M.D., ET. AL., | ) ) ) | |
| Defendants. | ) ) | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers, and that on July 6, 2017, he caused a copy of the attached:

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

via the Court's Electronic Case Filing System ("ECF") and that the Addressee(s) listed below are filing users under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document, and no additional service upon the filing user is required.

**Addressees:**

Thomas B. Helbig, Jr.
Timothy T. Myers
Matthew G. Boyd
Elliott, Greenleaf & Siedzikowski
Union Meeting Corporate Center
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
tbh@elliottgreenleaf.com
ttm@elliottgreenleaf.com
mgb@elliottgreenleaf.com

                                                                     s/Samuel S. Dalke
                                                                      Samuel S. Dalke
                                                                      Assistant U.S. Attorney