# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE WILLIAMSPORT HOSPITAL, d/b/a WILLIAMSPORT REGIONAL MEDICAL CENTER, <br><br> Plaintiff. <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | No. 4:17-CV-00393 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 1st day of February 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Judgment on the Pleadings, ECF No. 13, is **GRANTED**, and Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall enter judgment in favor of Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge