UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 18-1459

WILLIAMSPORT HOSPITAL,
d/b/a Williamsport Regional Medical Center,
               Appellant

v.

SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES; ADMINISTRATOR CENTERS FOR MEDICARE &
MEDICAID SERVICES; UNITED STATES CENTERS FOR MEDICARE AND
MEDICAID SERVICES; ROBERT G. EATON, Chairman, Medicare Geographic
Classification Review Board; THE MEDICARE GEOGRAPHIC
CLASSIFICATION BOARD

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 4-17-cv-00393)
District Judge: Honorable Mathew W. Brann

Argued on November 6, 2018

Before: AMBRO, SCIRICA and RENDELL, Circuit Judges

## **JUDGMENT**

This case came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued on November 6, 2018.

On consideration whereof, is it now here

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered February 1, 2018, be and the same is hereby **dismissed** due to lack of jurisdiction.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
 Clerk

Dated: January 18, 2019